**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| IN RE:<br>KHAMISSI, FARHAD K<br>KHAMISSI, FERESHETEH<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 05-70767 MB<br><br>HONORABLE MANUEL BARBOSA |
|---|---|

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE MANUEL BARBOSA
      BANKRUPTCY JUDGE

NOW COMES <u>JOSEPH D. OLSEN</u>, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report in accordance with 11 U.S.C. §704(9).

1. JOSEPH D. OLSEN was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 02/28/05. An order for relief under Chapter 7 was entered on 02/28/05. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he/she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed as necessary and appropriate; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.  The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.  A summary of the Trustee's Final Report as of August 18, 2008 is as follows:

   a. RECEIPTS (See Exhibit C)                                                            102,005.44
   b. DISBURSEMENTS (See Exhibit C)                                                        48,730.69
   c. NET CASH available for distribution                                                  53,274.75
   d. TRUSTEE/PROFESSIONAL COSTS
      1. Trustee compensation requested (See Exhibit E.)                                    6,316.79
      2. Trustee Expenses (See Exhibit E.)                                                     35.10
      3. Compensation requested by attorney or other professionals for trustee (See Exhibit F.)   638.25
      4. Estimated compensation and expense reimbursement request (See Exhibit F.)

5.  The Bar Date for filing unsecured claims expired on 08/09/05.

6.  All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (as necessary and appropriate, a copy of the Trustee's proposed distribution is attached as Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

   a. Allowed unpaid secured claims                                                             0.00
   b. Chapter 7 administrative and 28 U.S.C. §1930 claims                                   6,990.14
   c. Allowed Chapter 11 administrative claims                                                  0.00
   d. Allowed priority claims                                                                   0.00
   e. Allowed unsecured claims                                                             46,284.61

7.  Trustee proposes that unsecured creditors receive a distribution of 100.00% of allowed claims.

8.     Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $48,683.51. Professional's compensation and expense requested but not yet allowed is $638.25. The total of Chapter 7 professional fees and expenses requested for final allowance is $49,321.76. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.     A fee of $550.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: 8/18/2008

s/s Joseph D. Olsen
JOSEPH D. OLSEN
YALDEN, OLSEN & WILLETTE
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

# EXHIBIT A

## TASKS PERFORMED BY TRUSTEE

### NARRATIVE

Only asset Trustee administered was a wrongful death claim. The Trustee, through his State Court attorneys, recovered approximately $100,000.00 on the claim which results in all administrative and all unsecured claims being paid in full with interest. There is approximately $40,000.00 be returned to the Debtors as well.

1. Preliminary review of Debtor's Petition, Statement of Affairs and Schedules prior to conduct of First Meeting of Creditors;

2. Examination of Debtor at First Meeting of Creditors, discovery of potential assets including;

    a.) Administer wrongful death action.

3. Conducted preliminary discovery with regard to the location and identity of the Debtor's underlying financial affairs;

4. Prepared all forms necessary for the administration of the estate including the estate property record, cash receipts and disbursements ledgers, employer identification number, opening of depository accounts, preparation of final and supplemental final reports;

5. Review of the Debtor's financial records with regard to other avoidable transfers or undisclosed assets;

6. Conferences with Trustee's attorneys regarding the progress of liquidation/recovery of estate assets;

7. Preliminary review of all correspondence and pleadings generated or received by the Trustee's attorneys;

8. Review of Proof of Claim document, preparation of memo re: preliminary grounds for objection to same;

9. Fielded all creditor inquiries regarding the administration of the estate.

(See time records attached.)

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-70767 MB | Trustee: | (330400) JOSEPH D. OLSEN |
| --- | --- | --- | --- |
| Case Name: | KHAMSI, FARHAD K | Filed (f) or Converted (c): | 02/28/05 (f) |
| | KHAMSI, FERESHETEH | §341(a) Meeting Date: | 04/07/05 |
| Period Ending: | 08/04/08 | Claims Bar Date: | 08/09/05 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | RESIDENCE | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CHECKING ACCT. | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | HHG/FURNISHINGS | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | WEARING APPAREL | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 5 | TAX REFUND | 3,700.00 | 0.00 | DA | 0.00 | FA |
| 6 | VEHICLES | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | WORKMEN'S COMP. CLM | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | WRONGFUL DEATH CLM. | Unknown | 50,000.00 | | 102,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 5.44 | Unknown |
| 9 | Assets Totals (Excluding unknown values) | $136,200.00 | $50,000.00 | | $102,005.44 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR): December 31, 2007    Current Projected Date Of Final Report (TFR): August 8, 2008 (Actual)

Printed: 08/06/2008 09:51 AM    V.10.54

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-70767 MB | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | KHAMISSI, FARHAD K | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KHAMISSI, FERESHETEH | | Account: | ***-*****71-65 - Money Market Account |
| Taxpayer ID #: | 13-?-?2864 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 08/11/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/03/08 | {8} | Alden Management Services, Inc. | settlement funds for wrongful death clm. | 1129-000 | 102,000.00 | | 102,000.00 |
| 07/09/08 | | To Account #*********7166 | Per Ct. Order 5/21 pay P.I. Atty fees/costs & IDPA settlement | 9999-000 | | 48,683.51 | 53,316.49 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.44 | | 53,321.93 |
| 07/31/08 | | To Account #*********7166 | Pay bond premium | 9999-000 | | 47.18 | 53,274.75 |
| | | | **ACCOUNT TOTALS** | | 102,005.44 | 48,730.69 | $53,274.75 |
| | | | Less: Bank Transfers | | 0.00 | 48,730.69 | |
| | | | **Subtotal** | | 102,005.44 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$102,005.44** | **$0.00** | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-70767 MB | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | KHAMISSI, FARHAD K | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KHAMISSI, FERESHETEH | | Account: | \*\*\*-\*\*\*\*\*71-66 - Checking Account |
| Taxpayer ID #: | 13-; ι2864 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 08/11/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/09/08 | | From Account #\*\*\*\*\*\*\*\*7165 | Per Ct. Order 5/21 pay P.I. Atty fees/costs & IDPA settlement | 9999-000 | 48,683.51 | | 48,683.51 |
| 07/09/08 | 101 | Kameli & Associates, P.C. | P.I. fees & costs<br>Voided on 07/23/08 | 3210-003 | | 48,683.51 | 0.00 |
| 07/16/08 | 102 | Law Offices of Kameli & Associates | Fees & costs for PI settlement & IL Dept. of Public Aid pymt | 3210-000 | | 48,683.51 | -48,683.51 |
| 07/23/08 | 101 | Kameli & Associates, P.C. | P.I. fees & costs<br>Voided: check issued on 07/09/08 | 3210-003 | | -48,683.51 | 0.00 |
| 07/31/08 | | From Account #\*\*\*\*\*\*\*\*7165 | Pay bond premium | 9999-000 | 47.18 | | 47.18 |
| 07/31/08 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/31/2008 FOR CASE #05-70767, Bond Number 016018067 | 2300-000 | | 47.18 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 48,730.69 | 48,730.69 | $0.00 |
| | | | Less: Bank Transfers | | 48,730.69 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 48,730.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $48,730.69 | |

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-70767 MB | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| Case Name: | KHAMISSI, FARHAD K | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KHAMISSI, FERESHETEH | Account: | \*\*\*-\*\*\*\*\*71-66 - Checking Account |
| Taxpayer ID #: | 13-7602864 | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 08/11/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :    102,005.44

Net Estate :    $102,005.44

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*71-65 | 102,005.44 | 0.00 | 53,274.75 |
| Checking # \*\*\*-\*\*\*\*\*71-66 | 0.00 | 48,730.69 | 0.00 |
| | $102,005.44 | $48,730.69 | $53,274.75 |

Printed: 08/11/2008 10:30 AM  V.10.54

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| IN RE:<br>KHAMISSI, FARHAD K<br>KHAMISSI, FERESHETEH<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 05-70767 MB<br><br>HONORABLE MANUEL BARBOSA |
|---|---|

## DISTRIBUTION REPORT

I, <u>JOSEPH D. OLSEN</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 6,990.14 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 5,053.68 |
| Tardily-Filed Unsecured Claims: | $ 0.00 |
| Fines, Penalties & Punitive Damages: | $ 0.00 |
| Post-Petition Interest: | $ 561.22 |
| Surplus to Debtor: | $ 40,669.71 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 53,274.75 |

**EXHIBIT D**

**DISTRIBUTION REPORTS** PAGE 1

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| | Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| | §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $6,990.14 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | Yalden, Olsen & Willette | 638.25 | 638.25 |
| | JOSEPH D. OLSEN | 35.10 | 35.10 |
| | JOSEPH D. OLSEN | 6,316.79 | 6,316.79 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| | §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PAGE 2**

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS**                                                                 **PAGE 3**

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $1,800.00 | $0.00 | 0.00% |
| **CLAIM NUMBER**     **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony | $0.00 | 0.00% |
| **CLAIM NUMBER**     **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b)(6) - Tax Liens | $0.00 | 0.00% |
| **CLAIM NUMBER**     **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |
| **CLAIM NUMBER**     **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS** PAGE 4

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $5,053.68 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 1 | Bank of America NA (USA) | 1,817.05 | 1,817.05 |
| 2 | eCast Settlement Corporation | 516.06 | 516.06 |
| 3 | Chase Bank USA, N.A. | 140.64 | 140.64 |
| 4 | eCAST Settlement Corporation, assignee of | 851.34 | 851.34 |
| 5 | eCAST Settlement Corporation, assignee of | 572.28 | 572.28 |
| 6 | Citibank USA, N.A. | 544.49 | 544.49 |
| 7 | Citibank USA, N.A. | 234.00 | 234.00 |
| 8 | eCAST Settlement Corporation assignee of | 377.82 | 377.82 |

**DISTRIBUTION REPORTS**                                              PAGE 5

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(5) - Interest | $561.22 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 1I | Bank of America NA (USA) | 201.78 | 201.78 |
| 2I | eCast Settlement Corporation | 57.31 | 57.31 |
| 3I | Chase Bank USA, N.A. | 15.62 | 15.62 |
| 4I | eCAST Settlement Corporation, assignee of | 94.54 | 94.54 |
| 5I | eCAST Settlement Corporation, assignee of | 63.55 | 63.55 |
| 6I | Citibank USA, N.A. | 60.47 | 60.47 |
| 7I | Citibank USA, N.A. | 25.99 | 25.99 |
| 8I | eCAST Settlement Corporation assignee of | 41.96 | 41.96 |

**DISTRIBUTION REPORTS**                                                                 **PAGE 6**

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $40,669.71 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| SURPLUS | KHAMISSI, FARHAD K and KHAMISSI, FERESHETEH | 40,669.71 | 40,669.71 |

**DISTRIBUTION REPORTS**  PAGE 7

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant or barred from distribution.

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOW /WITHDRAW DESIGNATE |
|---|---|---|---|---|

NONE.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 8/18/2008

s/s Joseph D. Olsen
JOSEPH D. OLSEN, Trustee

PAGE 7