Case Name:  KHAMISSI, FARHAD K.
            KHAMISSI, FERESHETEH
Case No:    05-70767

## **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.


Dated: August 28, 2008        WILLIAM T. NEARY
                                      United States Trustee, Region 11


                              BY:   */s/ Carole J. Ryczek*
                                     CAROLE J. RYCZEK
                                     Attorney for the U.S. Trustee