# UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>KHAMISSI, FARHAD K<br>KHAMISSI, FERESHETEH | CHAPTER 7 -- Liquidation<br><br>CASE NO. 05-70767 MB |
| Social Security/Employer Tax ID Number:<br>xxx-xx-6397  13-7602864<br>Debtor(s) | HONORABLE MANUEL BARBOSA |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **SEPTEMBER 29, 2008** at 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 638.25 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | | 35.10 |

| | | |
|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 6,316.79 |
| KAMELI & ASSOCIATES, P.C. | 48,683.51 | 0.00 | 0.00 |

4. The Trustee's Final Report shows total:

    a. Receipts      $ 102,005.44

    b. Disbursements      $ 48,730.69

    c. Net Cash Available for Distribution      $ 53,274.75

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $46,284.61, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $5,053.68. There is a surplus to the Debtor in the amount of $40,669.71.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

    8/18/08
DATE

    s/s Joseph D. Olsen

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0767   Doc 34   Filed 08/29/08   Entered 08/31/08 23:53:24   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3                User: cshabez                Page 1 of 1                     Date Rcvd: Aug 29, 2008
Case: 05-70767                      Form ID: pdf002              Total Served: 21

The following entities were served by first class mail on Aug 31, 2008.
 db          +Farhad K Khamissi,    5956 Dover Road,    Rockford, IL 61109-1733
 jdb         +Feresheteh Khamissi,    5956 Dover Road,    Rockford, IL 61109-1733
 aty         +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
 aty         +Jeffry A. Dahlberg,    Balsley and Dahlberg, LLP,    5130 N Second St,    Loves Park, IL 61111-5002
 tr          +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
 8985442      BANK OF AMERICA,    P.O. Box 1390,    Norfolk, VA 23501-1390
 8985443      BEST BUY,    c/o Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
 9408290     +Bank of America NA (USA),     POB 2278,    Norfolk VA 23501-2278
 8985444      CHASE CREDIT CARDS,    P.O. Box 15902,    Wilmington, DE 19850-5902
 9532582     +Chase Bank USA, N.A.,    Attn: Recovery Payment,    500 White Clay Center Dr.,
               Newark, DE 19711-5469
 9667730     +Citibank USA, N.A.,    POB 182149,    Columbus, OH 43218-2149
 8985445      HOUSEHOLD BANK MASTERCARD,    P.O. Box 81622,    Salinas, CA 93912-1622
 8985446     +MENARD'S,    c/o Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
 8985447      SEARS GOLD MASTERCARD,    P.O. Box 818007,    Cleveland, OH 44181-8007
 8985448     +TODD D. STERN, DDS.,    1110 South Mulford Road,    Rockford, IL 61108-4213
 8985449     +WASHINGTON MUTUAL HOME LOANS, INC.,    Attn: Bankruptcy Department,     8120 Nations Way,
               Jacksonville, FL 32256-4450
 11534794     eCAST Settlement Corporation assignee of,    Chase Bank USA NA,    POB 35480,
               Newark NJ 07193-5480
 9660467      eCAST Settlement Corporation, assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               P.O. Box 35480,    Newark, NJ 07193-5480
 10873779    +eCast Settlement Corp,    Chase Bank USA NA,    PO Box 35480,    Newark, NJ 07193-5480
 9530178      eCast Settlement Corporation,    P.O. Box 7247-6971,    Philadelphia, PA 19170-6971
 9823334     +eCast Settlement Corporation assignee,    of HSBC Bank NV/HSBC Card Services III,    POB 35480,
               Newark, NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty           Taher Kameli
 aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                               TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 31, 2008**            **Signature:** *Joseph Speetjens*