UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>KHAMISSI, FARHAD K<br>KHAMISSI, FERESHETEH | CHAPTER 7 -- Liquidation<br><br>CASE NO. 05-70767 MB |
| Social Security/Employer Tax ID Number:<br>xxx-xx-6397  13-7602864<br>Debtor(s) | HONORABLE  MANUEL BARBOSA |

**AMENDED**
NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **OCTOBER 8, 2008 at 9:30 a.m.**

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 638.25 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | | 35.10 |

| | | | |
|---|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | | 0.00 | 6,316.79 |
| KAMELI & ASSOCIATES, P.C. | 48,683.51 | 0.00 | 0.00 |

4.  The Trustee's Final Report shows total:

   a.  Receipts                                        $ _____ 102,005.44

   b.  Disbursements                                    $ _____ 48,730.69

   c.  Net Cash Available for Distribution              $ _____ 53,274.75

5.  In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $46,284.61, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $5,053.68. There is a surplus to the Debtor in the amount of $40,669.71.

6.  The debtor has been discharged.

7.  The Trustee proposed to abandon the following property at the hearing:


_____10/1/08_____                           _s/s Joseph D. Olsen_____
DATE

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1         Date Rcvd: Oct 02, 2008
Case: 05-70767                Form ID: pdf002            Total Served: 21

The following entities were served by first class mail on Oct 04, 2008.
db          +Farhad K Khamissi,   5956 Dover Road,   Rockford, IL 61109-1733
jdb         +Feresheteh Khamissi,   5956 Dover Road,   Rockford, IL 61109-1733
aty         +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty         +Jeffry A. Dahlberg,   Balsley and Dahlberg, LLP,   5130 N Second St,   Loves Park, IL 61111-5002
tr          +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
8985442      BANK OF AMERICA,   P.O. Box 1390,   Norfolk, VA 23501-1390
8985443      BEST BUY,   c/o Retail Services,   P.O. Box 15521,   Wilmington, DE 19850-5521
9408290     +Bank of America NA (USA),   POB 2278,   Norfolk VA 23501-2278
8985444      CHASE CREDIT CARDS,   P.O. Box 15902,   Wilmington, DE 19850-5902
9532582     +Chase Bank USA, N.A.,   Attn: Recovery Payment,   500 White Clay Center Dr.,
              Newark, DE 19711-5469
9667730     +Citibank USA, N.A.,   POB 182149,   Columbus, OH 43218-2149
8985445      HOUSEHOLD BANK MASTERCARD,   P.O. Box 81622,   Salinas, CA 93912-1622
8985446     +MENARD'S,   c/o Retail Services,   P.O. Box 15521,   Wilmington, DE 19850-5521
8985447      SEARS GOLD MASTERCARD,   P.O. Box 818007,   Cleveland, OH 44181-8007
8985448     +TODD D. STERN, DDS.,   1110 South Mulford Road,   Rockford, IL 61108-4213
8985449     +WASHINGTON MUTUAL HOME LOANS, INC.,   Attn: Bankruptcy Department,   8120 Nations Way,
              Jacksonville, FL 32256-4450
11534794     eCAST Settlement Corporation assignee of,   Chase Bank USA NA,   POB 35480,
              Newark NJ 07193-5480
9660467      eCAST Settlement Corporation, assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
              P.O. Box 35480,   Newark, NJ 07193-5480
10873779    +eCast Settlement Corp,   Chase Bank USA NA,   PO Box 35480,   Newark, NJ 07193-5480
9530178      eCast Settlement Corporation,   P.O. Box 7247-6971,   Philadelphia, PA 19170-6971
9823334     +eCast Settlement Corporation assignee,   of HSBC Bank NV/HSBC Card Services III,   POB 35480,
              Newark, NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Taher Kameli
aty*        +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
                                                                                               TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 04, 2008**                **Signature:**   *Joseph Speetjens*